UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LESTER J GARCIA MORALES; et al.,

Petitioners,

v.

TODD BLANCHE, Attorney General,

Respondent.

No. 25-1760

Agency Nos.
A240-533-133
A240-533-134
A240-533-135
A240-533-137
A245-371-133

ORDER

Before: PAEZ and BUMATAY, Circuit Judges, and KASUBHAI, District Judge.*

The motion to stay removal, Dkt. 7, is GRANTED, pending issuance of the mandate.

Judge Bumatay dissents from this order.

* The Honorable Mustafa T. Kasubhai, United States District Judge for the District of Oregon, sitting by designation.